IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES EARL RICO JONES, | ) | |
| Plaintiff, | ) | 4:05CV3270 |
| v. | ) | |
| LANCASTER COUNTY JUDGE, KAREN FLOWERS, TIMOTHY EPPLER, and RON SCHMIDT, | ) | ORDER |
| Defendants. | ) | |

Before the court is Filing No. 10. The court notes that judgment was entered in this case on October 27, 2005. Therefore, no further substantive pleadings will be accepted.

IT IS ORDERED that Filing No. 10 is hereby stricken.

DATED this 30th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge